UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHELLY A. SOUSA,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No. CV-11-0052-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 21.) Attorney Rebecca Coufal represents Plaintiff Shelly A. Sousa; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.  The parties' stipulated Motion to Remand **(ECF No. 21) is GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall evaluate the opinion evidence of record and specify the weight accorded to the opinions, including the opinions of Dr. Brown (Tr. 240-42); Dr. Brown and Ms. Horn (Tr. 259-61); Nurse Purcell (Tr. 284); Dr.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Rosekrans and Ms. Hoveskeland (Tr. 317-321, 322-24); Dr. Rosekrans and Ms. Lyszkiewicz (Tr. 358-60, 361-64); Dr. Rosekrans and Ms. Jamieson-Turner (Tr. 393-96, 397-400); Dr. Arnold (Tr. 401-04, 405-08); Ms. Sjostrom and Dr. Dalley (Tr. 680-88); Dr. Severinghaus (Tr. 773-81); Dr. Mabee (Tr. 597-99, 689-92, 693-99, 826-37); and Dr. Moore (Tr. 797-800, 869-89). The ALJ will further evaluate Plaintiff's residual functional capacity; will further evaluate Plaintiff's subjective complaints; and will obtain vocational expert evidence to determine the effect of Plaintiff's limitations on the occupational base. If Plaintiff is found disabled, the ALJ will determine if any drug and alcohol use is material to a finding of disability.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 31, 2012.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE